A

```
21000008 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***
         11874   REFILE                                              REFILE
```

| Form 668-F (Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien**<br>Recorded: 10/13/1992 11:45 14416 | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>139266286 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED**
APR 22 2010
ROCKLAND COUNTY
CLERK'S OFFICE

22829

Name of Taxpayer  MICHAEL DIBELLA

Residence  9 SCOTTY LN
W NYACK, NY 10994-1811

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/1987 | [redacted] | 02/28/1991 | N/A | 383116.29 |

Serial ID: 643638310   NOTICE OF FEDERAL TAX LIEN REFILING
New TP Name:             Notice Filed At: Rockland
New Address:                                          New TIN:

R. A. Mitchell
Signature: for THERESA HARLEY
           (800) 829-3903

DATE: 04/12/2010
Title: ACS

Place of Filing
County Clerk
Rockland County
New City, NY 10956

Total $   383116.29

This notice was prepared and signed at    MANHATTAN, NY    , on this,
the  30th  day of  September, 1992.

| Signature<br>for A. SUROWIECKI | Title<br>REVENUE OFFICER<br>13-01-9990 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

Exhibit No. 5

Docket No. _____

File#:201000014780

| Form 668 (Y) | 327 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev January 1991) | \multicolumn{2}{l}{Notice of Federal Tax Lien Under Internal Revenue Laws} |

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Manhattan, NY | 139266206 | 14416 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  MICHAEL DIBELLA

Residence  9 SCOTTY LN
W NYACK, NY  10994-1811

FILED 11:45
OCT 15 1992
ROCKLAND COUNTY
CLERK'S OFFICE

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/87 | ▓▓▓▓▓▓▓▓▓ | 02/28/91 | 03/30/01 | 697931.58 |

Place of Filing
County Clerk
Rockland County
New City, NY  10956

Total $ 697931.58

This notice was prepared and signed at  Manhattan, NY , on this,

the  30th  day of  September , 92 .

BOOK 0557 PAGE 1803

Signature  M. Ramos
for A. SUROWIECKI

Title  Revenue Officer
13-01-3206

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668 (Y) (Rev 1-91)

File#:LA9900353921

13016935 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668 (Y)(c) (Rev. August 1997) | 1540 REDepartment of the Treasury - Internal Revenue Service REFILE Notice of Federal Tax Lien | | |
|---|---|---|---|
| District Manhattan Recorded: 10/13/1992 11:45 | Serial Number 139266286 14416 | | For Optional Use by Recording Office 18304 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer MICHAEL DIBELLA

Residence 9 SCOTTY LN
W NYACK, NY 10994-1811

RECEIVED
SEP 22 2000
ROCKLAND COUNTY
CLERK'S OFFICE

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 09/30/1987 | | 02/28/1991 | N/A | 697331.58 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 130058376   Notice Filed At: Rockland County

New Address:

Signature: for P. BROWN
(212) 436-1689

DATE: 09/20/2000
Title: Revenue Officer

Place of Filing
County Clerk
Rockland County
New City, NY 10956

Total $ 697331.58

This notice was prepared and signed at ___NEW YORK, NY___, on this, the __30th__ day of __September__, __1992__.

Signature for A. SUROWIECK   Title Revenue Officer
13-01-9990

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 8-97)
CAT. NO 60025X

File#:200000042521